COMMONWEALTH of Pennsylvania,
Respondent

v.

Emmanuel DURAN, Petitioner

No. 11 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Clifford MURRAY, Petitioner

No. 128 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal and Application for Leave to File Post–Submission Communication are DENIED.